UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN LEALAND HALE,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON and<br>DEPARTMENT OF CORRECTIONS,<br><br>  Defendants. | 2:16-cv-00358-SAB<br><br>**ORDER DISMISSING COMPLAINT** |

By Order filed January 11, 2017, the Court advised Plaintiff, a former prisoner, of the deficiencies of his complaint and directed him to amend within sixty (60) days. ECF No. 10. Specifically, Plaintiff's claim for non-monetary relief against the named Defendants was insufficient to state a claim upon which relief could be granted. *See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 144 (1993) (absent waiver, neither a State nor an agency of the State acting under its control may "be subject to suit in federal court").

Plaintiff did not amend his complaint as directed and he has filed nothing further in this action. For the reasons set forth above and in the Court's prior Order, **IT IS ORDERED** the Complaint is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2).

**ORDER DISMISSING COMPLAINT -- 1**

1    **IT IS SO ORDERED**. The District Court Executive is directed to **ENTER**
2  this Order, **ENTER** judgment of dismissal, **FORWARD** copies to Plaintiff at his
3  last known address, and **CLOSE** the file.

**DATED** this 3rd day of April, 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING COMPLAINT -- 2**